## 21297. FLUELLEN *v.* THE STATE.

BROYLES, C. J. 1. The single special ground of the motion for a new trial, not having been unqualifiedly approved by the trial judge, can not be considered by this court.

2. The evidence authorized the verdict, and the refusal to grant a new trial

was not error. The facts of this case differentiate it from the cases cited in the brief of counsel for the plaintiff in error.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 14, 1931.

*W. W. Larsen Jr., C. C. Crockett, W. H. White,* for plaintiff in error.

*J. A. Merrill, solicitor,* contra.

### 21299. SMITH *v.* THE STATE.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*